HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
NATHAN McCALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S. 14-0296-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| NATHAN McCALL, | |
| Defendant. | Judge: Hon. Allison Claire |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This Order is to authorize and direct you to furnish the above named defendant, NATHAN McCALL, the cost of or an actual ticket for travel from his home in Empire, California to the District of South Dakota, in Sioux Falls, South Dakota pursuant to 18 U.S.C. § 4285. Subsistence travel expenses and hotel expenses are also authorized up to the limits set by 5 U.S.C. 5702(a). The Court has been presented with information indicating that Mr. McCall is indigent and without funds to purchase his own ticket or pay the expenses of his travel.

The defendant's court appearance in Sioux Falls, South Dakota is on January 7, 2015 at 10:45 am.

IT IS SO ORDERED.

Dated: December 19, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-